UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FAUSTINO ARIAS,

                Petitioner,

  -against-

JOHN DONILLI, Superintendent,
Bare Hill Correctional Facility,

                Respondent.
----------------------------------------------------------------X

JUDGMENT
03-CV-4098 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ FEB 9 2007 ★
BROOKLYN OFFICE

       A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on February 6, 2007, denying petitioner's habeas corpus petition; and ordering that a Certificate of Appealability shall not issue; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's habeas corpus petition is denied; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
       February 07, 2007

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court